UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA,

                     Plaintiff,

     -against-

Andrew A. Hillegas

                     Defendant.

-----------------------------------------------------------

Case No.: 96 MJ 01162 (MRG)

**ORDER OF DISMISSAL**

ORIGINAL

     Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 20 day of November, 2020
Poughkeepsie, New York